UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **YUSUFU DANMOLA,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-23-825-G |
| | ) |
| **WARDEN GOLDEY,** | ) |
| | ) |
| Respondent. | ) |

## **ORDER**

This matter is before the Court for review of the Report and Recommendation issued by Magistrate Judge Gary M. Purcell on October 11, 2023 ("R. & R.," Doc. No. 8). Judge Purcell recommended that this 28 U.S.C. § 2241 habeas corpus action be dismissed due to Petitioner Yusufu Danmola's failure to comply with the Court's order regarding the filing fee and to keep his mailing address updated with the Court. *See* R. & R. at 1-4.

Petitioner has filed an Objection to the R. & R. *See* Doc. No. 10. Pursuant to controlling authority, the Court reviews de novo the portions of the R. & R. to which specific objections have been made. *See United States v. 2121 E. 30th St.*, 73 F.3d 1057, 1060 (10th Cir. 1996); 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). Petitioner also has updated his address and submitted the required $5.00 filing fee to the Clerk of Court. *See* Doc. No. 11.

The Court finds that Petitioner has now made a good-faith attempt to proceed with this matter and to keep in contact with the Court. The Court therefore will re-refer this action to allow Petitioner an opportunity to proceed in accordance with the applicable

Federal and Local Civil Rules.  Petitioner is advised that, although he is appearing pro se, he is required to comply with the same rules of procedure as govern other litigants.

## CONCLUSION

Accordingly, the reasoning of the Report and Recommendation (Doc. No. 8) is ADOPTED.  The Court declines to dismiss this matter at this time.

This matter shall be referred to the appropriate magistrate judge as per the initial order of referral.

IT IS SO ORDERED this 15th day of April, 2024.

_____
CHARLES B. GOODWIN
United States District Judge